UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:15-cv-00839-SEB-DML |
| ) | |
| ALPHA HOME ASSOCIATION OF ) | |
| GREATER INDIANAPOLIS (INDIANA), ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

Order Adopting Report and Recommendation
and Entering Sanctions Against Defendant

On June 3, 2016, the Magistrate Judge submitted and filed her Report and Recommendation for Sanctions against Defendant Including Entry of Default, Fine, and Payment of Fees and Expenses (Dkt. 36). The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 36) and being duly advised, now APPROVES and ADOPTS it.

The Court ORDERS as follows:

1. The clerk is directed to make an entry of default against defendant Alpha Home Association of Greater Indianapolis (Indiana), Inc. ("Alpha Home") under Fed. R. Civ. P. 55(a), in the form attached to this order. The plaintiff may now move for the entry of a default judgment under Fed. R. Civ. P. 55(b).

2

      2.      A fine is imposed against Alpha Home in the amount of $500.  Alpha Home is ORDERED to pay the sum of $500 to the Clerk, United States District Court within 14 days of the entry of this order on the docket.

      3.      Alpha Home is ORDERED to pay the plaintiff $500, representing the plaintiff's reasonable attorneys' fees in bringing her motion to compel.  Alpha Home must pay the plaintiff within 14 days of the entry of this order on the docket.

      4.      Alpha Home is ORDERED to pay the plaintiff her reasonable expenses, including attorneys' fees, in connection with the April 29, 2016 settlement conference, in an amount to be determined upon the filing of an appropriate petition by the plaintiff establishing the amount of her fees and expenses.  The plaintiff must file her petition within 14 days of the entry of this order on the docket.

      So ORDERED.

Dated:    7/1/2016

*[Signature: Sarah Evans Barker]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system